UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

### ORDER AND OPINION

Before the Court is the "Motion in Limine to Preclude the Government From Introducing Evidence Regarding Defendant's Retention of Personal Legal Counsel" filed on behalf of defendant Kurt Mix (Doc. 253). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, GRANTS the motion.

The United States disclaimed any intent to attempt to offer such evidence "unless the defendant opens the door to such evidence by making an argument or otherwise taking a position, inconsistent with this evidence." Doc. 281, p. 1. However, the government noted that it would attempt to introduce evidence regarding defendant's retention of personal legal counsel if "defendant argues that he did not believe that he had personal criminal exposure in the government's investigation." Id. Although evidence of defendant's retention of personal counsel is relevant evidence on the issue of whether defendant believed that he had personal criminal exposure, the relevance of the evidence is not solely determinative of its admissibility. Rule 403 of the Federal Rules of Evidence permits a court to "exclude relevant evidence if its probative value is substantially outweighed by a danger" of, among other things "unfair prejudice." "Unfair prejudice 'speaks to the capacity of some concededly relevant evidence to lure the factfinder into declaring guilty on a ground different from proof of specific to the offense charged.'" *United States v. Perez-Solis*, 709

F.3d 453, 464 (5th Cir. 2013), quoting *Old Chief v. United* States, 519 U.S. 172, 180, 117 S.Ct. 644, 136 L.Ed.2d 574 (1997). The probative value of defendant's retention of personal counsel is slight. On the other hand, the danger of unfair prejudice is high, and substantially outweighs the slight probative value of the evidence. Therefore, the Court GRANTS defendant's motion; the United States shall not introduce at the trial any evidence of, or make any reference to defendant Kurt Mix's retention of personal counsel.

New Orleans, Louisiana, this 2nd day of May, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE