## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-171 |
| KURT E. MIX | SECTION "K"(1) |

### ORDER AND OPINION

Before the Court is the the "Motion in Limine to Exclude Improper Argument and References to Alleged Prosecutorial Misconduct and to Exclude Improper Argument and References to Prosecutorial Discretion and Potential Sentences" filed on behalf of the United States (Doc. 248). Having reviewed the pleadings, memoranda, and relevant law, and having heard the oral argument of the parties on May 1, 2013, the Court, for the reasons assigned, GRANTS the motion.

The United States seeks an order that precluding defendant Kurt Mix from making any argument or introducing any evidence referring to potential punishment or related to selective prosecution. Additionally, the government requests an order barring the defendant from any making any argument or introducing any evidence based upon sympathy. Both in defendant's response to the United States' motion and during oral argument, counsel for the defendant stated that defendant had no intention of referring at trial to the items sought to be precluded by the United States.

The motion is well founded. Accordingly, the motion is GRANTED. Counsel for defendant may advise the jury that defendant is charged with a felony.

New Orleans, Louisiana, this 2nd day of May, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE